**FILED**
November 5, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL VALENTINO LOVATO, ) <br> ) <br> Defendant. ) | Case No. 2:10-cr-437 WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Michael Valentino Lovato</u>; Case  <u>2:10-cr-437 WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **_**    Release on Personal Recognizance

    **_**    Bail Posted in the Sum of _____

    **X**    Unsecured bond in the amount of $100,000 co-signed by his grandmother, Ms. Castillo

    **_**    Appearance Bond with 10% Deposit

    **_**    Appearance Bond secured by Real Property

    **_**    Corporate Surety Bail Bond

    **X**    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>11/5/2010</u>   at  <u>11:41 a.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge