UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
November 5, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>MICHAEL VALENTINO LOVATO, )<br>)<br>  Defendant. ) | Case No. 2:10-cr-437 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Michael Valentino Lovato</u>; Case  2:10-cr-437 WBS  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $100,000 co-signed by his grandmother, Ms. Castillo

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial conditions/supervision;</u>

Issued at  Sacramento, CA  on 11/5/2010   at  11:41 a.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge