KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 301
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for MICHAEL LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. 10-CR-00437
        Plaintiff,    )
                                              ) STIPULATION AND [~~PROPOSED~~]
   v.                                      ) ORDER TO MODIFY CONDITIONS
                                            ) OF RELEASE
MICHAEL VALENTINO LOVATO       )
        Defendant.        )
_____)

       Michael Valentino Lovato, by and through his attorney, Kelly Babineau, and the United States of America, by and through its counsel, Jill Thomas, and Pretrial Services Officer, Taifa Gaskins, hereby jointly agree and stipulate to amend the defendat's conditions of release as follows:

       Condition number 14 shall be added to the defendant's conditions of release to read:

       (14)   You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

       Accordingly, all parties and Mr. Lovato agree with the above modifications.

-1-

Dated:                                              Respectfully submitted,

                                          /s/ Kelly Babineau
                                          KELLY BABINEAU
                                          Attorney for Michael Valentino Lovato

Dated:                                              /s/ Jill Thomas
                                          JILL THOMAS
                                          Assistant United States Attorney

Dated:                                              /s/ Taifa Gaskins
                                          TAIFA GASKINS
                                          Pretrial Services Officer

IT IS SO ORDERED

Dated:            January 12, 2011

```
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```