JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-10-437-WBS |
| Plaintiff, | |
| | JOINT REQUEST AND [PROPOSED] ORDER FOR A PRE-PLEA REPORT CALCULATING MR. LOVATO'S CRIMINAL HISTORY |
| v. | |
| MICHAEL LEONARD LOVATO, | Judge: Hon. William B. Shubb |
| Defendant. | |

The Parties, Jill Thomas, Assistant United States Attorney, and counsel for defendant Michael Leonard Lovato, John R. Manning, Esq., jointly request the Court order the United States Probation Department to draft a pre-plea report for the sole purpose of calculating defendant Michael Leonard Lovato's criminal history. United States Probation has been informed of this request and has no objection.

Respectfully submitted,

Dated: April 18, 2011        /s/ John Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Michael Leonard Lovato

Dated: April 18, 2011        Benjamin B. Wagner
                             United States Attorney

                     by:     /s/ Jill Thomas
                             Assistant U.S. Attorney

1

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>MICHAEL LEONARD LOVATO,<br><br>　　　Defendant. | CR NO. S-10-437-WBS<br><br>ORDER FOR A PRE-PLEA REPORT CALCULATING MR. LOVATO'S CRIMINAL HISTORY<br><br>Judge: Hon. William B. Shubb |

UPON GOOD CAUSE SHOWN and the joint request of the Parties, it is ordered the United States Probation Department draft a pre-plea report for the sole purpose of calculating defendant Michael Leonard Lovato's criminal history.

IT IS SO ORDERED.

Dated:　　　April 21, 2011

　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2