KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 301
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for MICHAEL LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 10-CR-00437 |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO MODIFY CONDITION OF |
| ) | PRETRIAL RELEASE |
| MICHAEL VALENTINO LOVATO ) | |
| Defendant. ) | |
| _____) | |

   Michael Valentino Lovato, by and through his attorney, Kelly Babineau, and the United States of America, by and through its counsel, Jill Thomas, and Pretrial Services Officer, Taifa Gaskins, hereby jointly agree and stipulate to amend the defendant's conditions of release as follows:

   Mr. Lovato is to be removed from electronic monitoring on Tuesday, October 25, 2011, so that he may serve his five days in county jail.  He is to be placed back on electronic monitoring on Monday, October 31, 2011.

-1-

-2-

1   Accordingly, all parties and Mr. Lovato agree with the above modifications.

2   Dated:                                          Respectfully submitted,

3
                                                    /s/ Kelly Babineau
4                                                   KELLY BABINEAU
                                                    Attorney for Michael Valentino Lovato
5

6   Dated:                                          /s/ Jill Thomas           .
                                                    JILL THOMAS
7                                                   Assistant United States Attorney

8

9
    Dated:                                          /s/ Taifa Gaskins
10                                                  TAIFA GASKINS
                                                    Pretrial Services Officer
11

12  IT IS SO ORDERED

13  DATED:  October 21, 2011

14

15                                                  _____
                                                    KENDALL J. NEWMAN
16                                                  UNITED STATES MAGISTRATE JUDGE